IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**BONNIE M. HEBERT**,<br><br>Defendant | NO. 5: 06-PO-09-07 (CWH)<br><br>**VIOLATION:** Simple Assault |

# ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #15) filed herein by counsel for the United States and of the **RESPONSE TO GOVERNMENT'S MOTION TO DISMISS** (Tab #16) filed on behalf of the defendant, and for cause shown, the government's motion is GRANTED. The charge against the defendant is dismissed without prejudice.

SO ORDERED AND DIRECTED, this 28th day of FEBRUARY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE